ACCEPTED
12-15-00246-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
11/20/2015 3:35:59 PM
Pam Estes
CLERK



**Russell R. Smith**
**Attorney**

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
11/20/2015 3:35:59 PM
PAM ESTES
Clerk

rsmith@fairchildlawfirm.com

November 20, 2015

Twelfth Court of Appeals
Attn: Katrina McClenny, Chief Deputy Clerk
1517 West Front Street, Suite 354
Tyler, Texas 75702
*Via E-file*


**RE:     Case Number:          12-15-00246-CV**
**          Trial Court Case Number:       PB 14-12226**

**Style:  In the Matter of the Estate of Willie Sue Hammack, Deceased**

Dear Ms. McClenny:

In response to the Court's letter dated November 19, 2015 concerning the above-referenced matter and Appellants' Motion for Rehearing (Motion for Reinstatement of Appeal), please be advised Appellee has **no objection** as to same.

Should you have any questions concerning same, please do not hesitate to contact my office.

Very truly yours,

Russell R. Smith

RRS/sb


cc:     Robert Minton
        134 N. Marshall Street
        Henderson, TX 75653-1688
        **Via E-file**

1801 North St. | P.O. Drawer 631668, Nacogdoches, TX 75963-1668
Telephone 936.569.2327 | Fax 936.569.7932 | www.fairchildlawfirm.com